

**Saiber**
ATTORNEYS AT LAW

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

February 27, 2023

<u>**BY ECF**</u>
Honorable Renée Marie Bumb, Chief U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza – Room 2060
Camden, NJ 08101

      **Re:**    *Azurity Pharmaceuticals, Inc. v. Amneal Pharmaceuticals LLC*,
             <u>**Civil Action No. 21-8717 (RMB) (DEA)**</u>

Dear Chief Judge Bumb:

      Our firm, together with Wilson Sonsini Goodrich & Rosati, represents Plaintiff Azurity Pharmaceuticals, Inc. ("Azurity").

      On behalf of Azurity and Defendant Amneal Pharmaceuticals LLC, we are pleased to inform the Court that the parties have reached an amicable resolution of this matter. Accordingly, we respectfully submit the enclosed Stipulation and Order of Dismissal for the Court's consideration. If the proposed Stipulation and Order of Dismissal meets with the Court's approval, we respectfully request that Your Honor execute it and have it entered on the docket by the Clerk of the Court.

      We would like to take this opportunity to thank Your Honor and Magistrate Judge Arpert for the Court's consideration and assistance in this matter.

Respectfully submitted,

Arnold B. Calmann

cc: All Counsel of Record (by ECF & email)

**Saiber LLC** • One Gateway Center, 9th Floor, Suite 950 • Newark, New Jersey • 07102-5308 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park  •  Newark  •  New York  •  Philadelphia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AZURITY PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS, LLC, <br><br> Defendant. | Civil Action No.: 1:21-cv-8717-RMB-DEA <br><br> ***DOCUMENT FILED*** <br> ***ELECTRONICALLY*** |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Azurity

Pharmaceuticals, Inc. ("Azurity") and Defendant Amneal Pharmaceuticals, LLC ("Amneal"), the

parties in the above-captioned action, hereby stipulate and agree as follows:

1.  All claims and counterclaims asserted in the above-captioned action are hereby dismissed

without prejudice; and

2.  Azurity and Amneal shall bear their own fees and costs.

| | |
|---|---|
| /s/ Arnold B. Calmann_____ | /s/ Rebekah R. Conroy_____ |
| Arnold B. Calmann | Rebekah R. Conroy |
| Katherine A. Escanlar | Stone Conroy LLC |
| Saiber LLC | 25A Hanover Road, Suite 301 |
| One Gateway Center, 9th Floor | Florham Park, NJ 07932 |
| Newark, NJ 07102-5308 | Telephone: (973) 400-4181 |
| Telephone: (973) 622-3333 | rconroy@stoneconroy.com |
| abc@saiber.com | |
| kescanlar@saiber.com | Steven A. Maddox |
| | Jeremy J. Edwards |
| Wendy L. Devine | Brett Garrison |
| Kristina M. Hanson | Procopio |
| Jody Karol | 1050 Connecticut Ave, NW |
| Jessica Ramsey | Suite 500 |
| Wilson, Sonsini, Goodrich & Rosati P.C. | Washington, DC 20036 |
| One Market Plaza | Steven.maddox@procopio.com |
| Spear Tower, Suite 3300 | Jeremy.edwards@procopio.com |
| San Francisco, CA 94105-1126 | Brett.garrison@procopio.com |

Telephone: (415) 947-2000
wdevine@wsgr.com
thanson@wsgr.com
jkarol@wsgr.com
nhalkowski@wsgr.com

Natalie J. Morgan
Evan T. Sumner
Wilson, Sonsini, Goodrich & Rosati P.C.
12235 El Camino Real
San Diego, CA 92130-3002
Telephone: (858) 350-2300
nmorgan@wsgr.com
esumner@wsgr.com

Dated: February 27, 2023

Dave Deonarine
Procopio
12544 High Bluff Drive
Suite 400
San Diego, CA  92130
Dave.deonarine@procopio.com

_____
**HONORABLE RENÉE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE**